# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Roland Kelley,

              Petitioner

v.

Jeremy Bean, et al.,

              Respondents

Case No. 2:26-cv-01165-CDS-EJY

**Order Denying IFP Application and Directing Petitioner to Pay Filing Fee**

[ECF No. 1]

Pro se petitioner Roland Kelley filed an application to proceed *in forma pauperis* (IFP) and a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] A $5.00 filing fee is required to initiate a habeas action in a federal district court, but the Court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. Kelley properly submitted an IFP application, however, his supporting documents show he can pay the filing fee. Thus, Kelley does not qualify for a fee waiver.

IT IS HEREBY ORDERED that Kelley's application to proceed *in forma pauperis* **[ECF No. 1] is denied.** Kelley has through June 1, 2026, to pay the $5.00 filing fee. If Kelley fails to comply with this order by June 1, 2026, I will dismiss this case without prejudice and without further advance notice.

Dated: April 30, 2026

Cristina D. Silva
United States District Judge

---

[1] ECF Nos. 1; 1-1. The initial screening of the petition under the Rules Governing Section 2254 Cases and consideration of his motion for appointment of counsel (ECF No. 1-3) are deferred until he has fully complied with this order.