UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Roland Kelley,

                    Petitioner

v.

Jeremy Bean, et al.,

                    Respondents

Case No. 2:26-cv-01165-CDS-EJY

**Order Sealing Response to Order to Show Cause and Directing Petitioner to file Redacted Response**

[ECF No. 6]

In this habeas action, Roland Kelley timely filed a response to the order to show cause why this action should not be dismissed as untimely and for failure to exhaust state-court remedies. ECF Nos. 5; 6. Kelley's response, however, includes documents bearing the name of the minor victim and Kelley's social security number, date of birth, and home address. ECF No. 6 at 13–14, 18–20, 23. According to the Local Rule IC 6-1(a), these personal identifiers must be partially redacted from filings available on the public docket.

Redaction means such information may only be filed if necessary and must be blacked out or covered so that such information is not readable on the documents filed with the court. If it is necessary to include a social security number, only the last four digits should be visible. LR IC(a)(1). If the involvement of a minor child must be mentioned, only the child's initials should be visible. LR IC(a)(2). If an individual's date of birth must be included, only the year should be visible. LR IC(a)(3). And if a home address must be included, only the city and state should be visible. LR IC (a)(4).

In accordance with the requirements of *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), I conclude compelling reasons exist that outweigh the public's interest in access to judicial records such that Kelley's response to the order to show cause must be sealed. I will therefore direct the clerk of court to seal the response (ECF No. 6), and give

Kelley **through July 10, 2026**, to file a response that complies with the redaction requirements of Local Rule IC 6-1(a).

I order that the clerk of court seal the response to the order to show cause (ECF No. 6.).

I further order that petitioner Roland Kelley has **through July 10, 2026**, to file a response, in compliance with the redaction requirements of Local Rule IC 6-1(a), to my order to show cause why this action should not be dismissed as untimely or for failure to exhaust state-court remedies.

I further order that failure to timely comply with this order will result in the dismissal of this action **without further advance notice**.

Dated: June 12, 2026

_____
Cristina D. Silva
United States District Judge

2